PETITIONS TO REHEAR

LOWDER v. ALL STAR MILLS

No. 89PA83.

Case below: 309 N.C. 695.

Petition by defendants denied 30 April 1984.

RENWICK v. GREENSBORO NEWS; RENWICK v. NEWS AND OBSERVER

No. 412A83.

Case below: 310 N.C. 312.

Petition by plaintiff denied 30 April 1984.